### EDWARD JOHNSTON VS. JOSEPH SCARR, 1750

Mar. Howard J^r for Respond^ts

At a Court of Vice Admiralty Held at Newport in the Colony of Rhode Island on Monday the Sixteenth of July An: Dom. 1750.

Present the Honorable Samuel Wickham Esq$^r$ D$^y$ Judge. The Court being opened.